# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UC COLORADO CORPORATION, | ) | Case No. |
| | ) | Chapter 11 |
| Debtor. | ) | |

## DISCLOSURE REGARDING RECEIVERS

In a chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7:

Check applicable box:

[X]  No receiver is in possession of debtor's property.

[_]  A receiver is in possession of all or a part of the debtor's property:

    Identification (by address or legal description) of property: _____
    Name of creditor: _____
    Name of receiver: _____
    Address for receiver: _____
    Telephone number for receiver: _____
    Attorney for receiver, if applicable: _____
    Address for attorney for receiver, if applicable: _____
    Telephone number for attorney for receiver, if applicable: _____
    Date of appointment of receiver: _____
    Court appointing receiver: _____
    Case Number for court appointing receiver: _____

Dated: April 20, 2020

                                          WADSWORTH GARBER WARNER CONRARDY, P.C.

                                          */s/ Aaron J. Conrardy*
                                          Aaron J. Conrardy, #40030
                                          2580 West Main Street, Suite 200
                                          Littleton, CO 80120
                                          Phone: (303) 296-1999/Fax: (303) 296-7600
                                          E-mail: aconrardy@wgwc-law.com