Fill in this information to identify the case:

Debtor name: **UC Colorado Corporation**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Aerotek, Inc<br>3689 Collection CTR. Dr<br>Chicago, IL 60693 | cathost@aerotek.com | Trade debt | | | | $55,793.28 |
| Ambria Investors LP<br>1311 Avenue Ponce de Leon, Suite 304<br>San Juan, PR 00907 | | Promissory Note | Disputed Subject to Setoff | | | $1,200,000.00 |
| Automated Extractions<br>19 Donovan Dr<br>Hopewell Junction, NY 12533 | kweaver@automatedextractions.com | Trade debt | | | | $68,500.00 |
| Bernard Brothers Farms Inc.<br>15005 SE Kreder Rd<br>Dayton, OR 97114 | Brandon@oregonbiomass.com | Trade debt | | | | $160,054.00 |
| Blake Street Partners, LLC<br>1942 Broadway Street, Suite 314C<br>Boulder, CO 80302 | | Promissory Note | Disputed Subject to Setoff | | | $399,750.00 |
| Cintas<br>PO Box 88005<br>Chicago, IL 60680 | customerservice@cintas.com | Trade debt | | | | $90,038.92 |
| Coley Farms<br>3312 Akersville Road<br>Lafayette, TN 37083 | coleytob@nctc.com | Trade debt | | | | $438,736.50 |
| CoWest Insurance Group<br>4348 Woodlands Blvd<br>Suite 229<br>Castle Rock, CO 80104 | smunns@cowest.com | Insurance | | | | $89,938.57 |

| Debtor | UC Colorado Corporation | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Delvin Farms<br>2023 Doctor Robertson Rd<br>Spring Hill, TN 37174 | | Trade debt | | | | $48,060.00 |
| ECG SPV Acreage, LLC<br>1962 Blake Street, Suite 200<br>Denver, CO 80202 | | Promissory Note | Disputed Subject to Setoff | | | $781,250.00 |
| General Air<br>1105 Zuni St<br>Denver, CO 80204 | bjones@generalair.com | Trade debt | | | | $131,165.64 |
| Hippo Hollow Farms LLC<br>803 Mahon Rd<br>Columbia, TN 38401 | hippohollowfarms@gmail.com | Trade debt | | | | $84,709.76 |
| Kyle Owens Farms<br>342 Lock Seven Lane<br>Carthage, TN 37030 | jkofarms@yahoo.com | Trade debt | | | | $800,756.83 |
| L&M Properties and Holdings, LLC<br>5807 West 20th Street<br>Greeley, CO 80634 | | Promissory Note | Disputed Subject to Setoff | | | $125,000.00 |
| Lindsey Williams<br>500 CR 64<br>Riceville, TN 37570 | drewlindsey2@yahoo.com | Trade debt | | | | $75,726.28 |
| Miner's Delight, LLC<br>5925 East Princeton Circle<br>Englewood, CO 80111 | | Promissory Notes | Disputed Subject to Setoff | | | $1,500,000.00 |
| Paradox Ventures, Inc<br>501 Main Street<br>Montrose, CO 81401 | david@cokerhomes.com | Trade debt | | | | $54,812.80 |
| Progressive<br>PO Box 0561<br>Carol Stream, IL 60132-0561 | Fax: 1-866-731-8075 | Insurance | | | | $64,600.00 |
| Vallor Equipment LLC<br>1605 Se 27th Ave<br>Portland, OR 97214 | jenniferp@sciphysystems.com | Trade debt | | | | $48,900.78 |
| Willamette Valley Hemp and Seed Co LLC<br>23755 NE Dillon Rd<br>Newberg, OR 97132 | wvhempandseed@gmail.com | Trade debt | | | | $185,391.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2