**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: )<br>)<br>UC Colorado Corporation )<br>Tax ID / EIN: 32-0459347, )<br>)<br>    Debtor. ) | Case No. 20-12689-JGR<br>Chapter 11 |

**UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' MOTION FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

    Patrick S. Layng, the United States Trustee for Region 19 (the "UST"), by and through counsel, objects to the Debtors' Motion for an Order Directing Joint Administration of Chapter 11 Cases pursuant to rule 1015(b) of the Federal Rules of Civil Procedure (the "Motion for Joint Administration"), and in support of the objection, states as follows:

    1.    UC Colorado Corporation ("UC Colorado") and United Cannabis Corporation ("UCANN" and together with UC Colorado, the "Debtors") filed their respective voluntary petitions for relief under chapter 11 of title 11, United States Code, on April 20, 2020 (the "Petition Date"), thereby commencing Case No. 20-12689-JGR and Case No. 20-12692 JGR, respectively.

    2.    Pursuant to Sections 1107 and 1108, Debtors continue to manage their affairs as debtors-in-possession.

    3.    Official committees of unsecured creditors have not yet been appointed in these cases.

    4.    On May 7, 2020, the Debtors filed the Motion for Joint Administration in their respective cases, in which they request the joint administration of the two cases for procedural purposes only and request to file Monthly Operating Reports on a consolidated basis.

Objection

    5.    The UST does not object to the Debtors' request that these two case be administered jointly for procedural purposes.

    6.    However, the UST does object to the Debtors' request to file Monthly Operating Reports on a consolidated basis. The Debtors cite no authority for that request. The UST observes that these are two separate cases of two debtors and the estates have not been substantively

consolidated. According to the Debtors' Schedules, the Debtors have different assets and different creditors. As just one example, Debtor UCANN lists 26 creditors on its Schedule F, while Debtor UC Colorado lists 170 creditors on its Schedule F.[1]

7. The Debtors should submit separate Monthly Operating Reports relating to their specific estates so that creditors of the respective estates as well as the Court and other parties in interest may properly review and evaluate the financial affairs and transactions of each of the two estates.

WHEREFORE, the UST objects to the Motion for Joint Administration for the reasons set forth above.

Dated: May 20, 2020

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

By: /s/ Alan K. Motes
Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
Alan.Motes@usdoj.gov

---

[1] *See* Docket No. 37 in Case No. 20-12689-JGR and Docket No. 39 in Case No. 20-12692-JGR.