```
                          United States Bankruptcy Court
                               District of Colorado

In re:                                                           Case No. 20-12689-JGR
UC Colorado Corporation                                          Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 1082-1           User: admin              Page 1 of 2         Date Rcvd: Jun 19, 2020
                               Form ID: pdf904          Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
db             +UC Colorado Corporation,    301 Commercial Road, Unit D,    Golden, CO 80401-5646
18766032       +Aerotek, Inc,    3689 Collection CTR. Dr,   Chicago, IL 60693-0036
18766037       +Ambria Investors LP,    1311 Avenue Ponce de Leon, Suite 304,    San Juan, PR 00907-4003
18766044       +Automated Extractions,    19 Donovan Dr,   Hopewell Junction, NY 12533-6575
18766046        Bernard Brothers Farms Inc.,    15005 SE Kreder Rd,    Dayton, OR 97114
18766050       +Blake Street Partners, LLC,    1942 Broadway Street, Suite 314C,    Boulder, CO 80302-5233
18766079       +CoWest Insurance Group,    4348 Woodlands Blvd,    Suite 229,    Castle Rock, CO 80104-2815
18766070       +Coley Farms,    3312 Akersville Road,   Lafayette, TN 37083-4357
18766084     ++++DELVIN FARMS,    2023 DR ROBERTSON RD,    SPRING HILL TN   37174-1533
                 (address filed with court:  Delvin Farms,    2023 Doctor Robertson Rd,    Spring Hill, TN 37174)
18766090       +ECG SPV Acreage, LLC,    1962 Blake Street, Suite 200,   Denver, CO 80202-1298
18766113       +Hippo Hollow Farms LLC,    803 Mahon Rd,   Columbia, TN 38401-8807
18779044       +Independent Bank,    1300 Walnut Street,   Boulder, CO 80302-5276
18766127       +Kyle Owens Farms,    342 Lock Seven Lane,   Carthage, TN 37030-2906
18766129       +L&M Properties and Holdings, LLC,    5807 West 20th Street,    Greeley, CO 80634-2913
18766132       +Lindsey Williams,    500 CR 64,    Riceville, TN 37370-5423
18766144       +Miner's Delight, LLC,    5925 East Princeton Circle,   Englewood, CO 80111-1038
18766153       +Paradox Ventures, Inc,    501 Main Street,   Montrose, CO 81401-3931
18766159        Progressive,    PO Box 0561,    Carol Stream, IL 60132-0561
18766193       +Vallor Equipment LLC,    1605 Se 27th Ave,   Portland, OR 97214-4912
18766200       +Willamette Valley Hemp and Seed Co LLC,    23755 NE Dillon Rd,    Newberg, OR 97132-7317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18766065       +E-mail/Text: sancheza@cintas.com Jun 20 2020 01:33:06     Cintas,    PO Box 88005,
                 Chicago, IL 60680-1005
18766101       +E-mail/Text: billing@generalair.com Jun 20 2020 01:32:45      General Air,    1105 Zuni St,
                 Denver, CO 80204-3399
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
              Aaron J. Conrardy    on behalf of Debtor    UC Colorado Corporation aconrardy@wgwc-law.com,
               3377058420@filings.docketbird.com;agarcia@wgwc-law.com
              Adam L. Hirsch    on behalf of Creditor    Miner's Delight, LLC adam.hirsch@kutakrock.com,
               kandis.welch@kutakrock.com
              Alan Sweetbaum    on behalf of Creditor    Sixth Avenue Place LLC asweetbaum@sweetbaumsands.com
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
              Case Collard    on behalf of Creditor    Bernards Bros. Farms, Inc. collard.case@dorsey.com,
               duff.cheryl@dorsey.com
              Deanna L. Westfall    on behalf of Creditor    Colorado Department Of Revenue
               deanna.westfall@coag.gov,    bncmail@w-legal.com
              Duncan E. Barber    on behalf of Creditor    L7 TWS Pharma, LLC dbarber@sbbolaw.com,
               ahenderson@sbbolaw.com;rbohl@sbbolaw.com
              Duncan E. Barber    on behalf of Creditor    DCS Enterprises of Green Bay, Inc. dbarber@sbbolaw.com,
               ahenderson@sbbolaw.com;rbohl@sbbolaw.com
              Jeffrey S. Brinen    on behalf of Creditor    Blake Street Partners, LLC jsb@kutnerlaw.com,
               vlm@kutnerlaw.com
```

```
District/off: 1082-1           User: admin                  Page 2 of 2                   Date Rcvd: Jun 19, 2020
                               Form ID: pdf904              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John F. Young    on behalf of Creditor    Independent Bank jyoung@markuswilliams.com,
               docket@markuswilliams.com;sschaefer@markuswilliams.com
              John Jeffrey Wiest    on behalf of Creditor    Bernards Bros. Farms, Inc. wiestj@gtlaw.com,
               long.candy@dorsey.com
              John M Bowlin    on behalf of Creditor    Ambria Investors, LP john@bowsch.com
              Julie Trent    on behalf of Creditor    DCS Enterprises of Green Bay, Inc. jtrent@bsblawyers.com,
               maryannelenzi@bsblawyers.com;RJohnson@bsblawyers.com
              Julie Trent    on behalf of Creditor    L7 TWS Pharma, LLC jtrent@bsblawyers.com,
               maryannelenzi@bsblawyers.com;RJohnson@bsblawyers.com
              Kevin S. Neiman    on behalf of Creditor    CS2 Real Estate Holdings, LLC kevin@ksnpc.com
              Lance J. Goff    on behalf of Creditor    Phenyx Media, LLC lance@goff-law.com,  bart@goff-law.com
              Lindsay Riley    on behalf of Debtor    UC Colorado Corporation lriley@wgwc-law.com,
               dtackett@wgwc-law.com
              Mark C. Willis    on behalf of Creditor    Miner's Delight, LLC mark.willis@kutakrock.com
              Megan K. Baker    on behalf of Creditor    Bernards Bros. Farms, Inc. baker.megan@dorsey.com
              Ryan Isenberg    on behalf of Creditor    Coley Farms ryan@isenberg-hewitt.com
              Ryan Isenberg    on behalf of Creditor    Eller Farms ryan@isenberg-hewitt.com
              Ryan Isenberg    on behalf of Creditor    Kyle Owen Farms ryan@isenberg-hewitt.com
              Thomas Snyder    on behalf of Creditor    Miner's Delight, LLC thomas.snyder@kutakrock.com,
               becky.franson@kutakrock.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
              William Cross    on behalf of Creditor    Independent Bank wcross@markuswilliams.com,
               sschaefer@markuswilliams.com;Docket@markuswilliams.com
                                                                                             TOTAL: 25
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>UC COLORADO CORPORATION,<br><br>        Debtor. | Case No. 20-12689 JGR<br><br>Chapter 11<br><br>(Request for Joint Administration Pending) |
| In re:<br><br>UNITED CANNABIS CORPORATION,<br><br>        Debtor. | Case No. 20-12692 JGR<br><br>Chapter 11 |

**ORDER ESTABLISHING BAR DATE FOR THE FILING OF PROOFS OF CLAIM PURSUANT TO FED. R. BANKR. P. 3003(c)(3)**

THIS COURT, having reviewed the *Motion for Order Establishing Bar Date for the Filing of Proofs of Claim Pursuant to Fed. R. Bankr. P. 3003(c)(3)* (the "Motion"), filed by UC Colorado Corporation and United Cannabis Corporation (together, the "Debtors"), debtors-in-possession, being advised in the premises and good cause having been shown, hereby:

ORDERS that the motion is GRANTED.

IT IS FURTHER ORDERED that the Proofs of Claim in the above-captioned chapter 11 bankruptcy cases must be filed no later than **August 20, 2020 (the "Bar Date")**. The Bar Date applies to all entities[2] holding claims against the Debtors that arose or are deemed to have arisen prior to April 20, 2020 (the "Petition Date"). The Bar Date further applies to all types of claims against the Debtors that arose prior to the Petition Date, including secured claims, unsecured priority claims (including, without limitation, claims entitled to priority under 11 U.S.C. §§ 507(a) and 503(b)(9)) and unsecured nonpriority claims. The filing of a proof of claim form shall be deemed to satisfy the procedural requirements for the assertion of administrative priority claims under 11 U.S.C. § 503(b)(9).

IT IS FURTHER ORDERED that any creditor holding a claim arising prior to the Petition Date must file a proof of claim with the court if the claim is: (i) not scheduled, (ii) scheduled as disputed, contingent, or unliquidated, or unknown, or (iii) if such creditor disagrees with the amount or nature of the scheduled claim.

IT IS FURTHER ORDERED that all administrative claims under 11 U.S.C. § 503(b) (other than under § 503(b)(9)) must be made by separate requests for payment in accordance with 11 U.S.C. § 503(a) and will be disregarded if made by proof of claim. The Bar Date will not apply to administrative expense claims (other than claims under § 503(b)(9)), claims of governmental entities, and claims of professionals for post-petition fees and expenses.

---

[2] As used herein, the term "entity" has the meaning given to it in section 101(15) of the Bankruptcy Code and includes, among other things, "persons" as such term is defined in section 101(41) of the Bankruptcy Code.

IT IS FURTHER ORDERED that any claims filed after the Bar Date will be DISALLOWED. Any individual or entity that is required to file a proof of claim and that fails to do so by the Bar Date will not be treated as a creditor for the purposes of voting or distribution, may not receive any further notices of mailings in these chapter 11 cases and any claim of such individual or entity may be forever barred against Debtors.[3]

IT IS FURTHER ORDERED that following the Bar Date, a creditor must obtain Court approval to amend a claim deemed filed on its behalf pursuant to 11 U.S.C. § 1111(a) by virtue of the listing of such claim by Debtors in their bankruptcy schedules.

IT IS FURTHER ORDERED that a copy of this order, notice in the form attached hereto as <u>Exhibit A</u>, and a proof of claim form must be served on all parties-in-interest pursuant to Fed. R. Bankr. P. 2002(a)(7) within three business days from entry of this order, and a certificate of service filed evidencing same.

IT IS FURTHER ORDERED that the proof of claim form transmitted to creditors must comply with Official Form 410 in all respects.

DATED this __19th__ day of _____June_____, 2020.

BY THE COURT:

_____
Hon. Joseph G. Rosania, Jr.
United States Bankruptcy Judge

---

[3] Subject to 11 U.S.C. § 726(a)(1) in the event of conversion.